# EXHIBIT B

Central District of California

**FILE COPY**

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR – 91-216(A)-WJR |
| Defendant's Name MORGAN JAMES CODY formerly known as JAMES J. BOYLE, III | Social Security No. 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 |
| Residence 239 11th Street | Mailing Address Metropolitan Detention Center |
| Address Brooklyn, NY 11215 | 535 North Alameda Street Los Angeles, CA 90012 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

MONTH 09  DAY 18  YEAR 91

**COUNSEL**  [ ] WITHOUT COUNSEL — However, the Court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

[XX] WITH COUNSEL  ✓ J. TONY SERRA and JASPER MONTI, Retained
(Name of Counsel)

**PLEA** [ ] GUILTY, and the Court being satisfied that there is a factual basis for the plea.  [ ] NOLO CONTENDERE  [ ] NOT GUILTY

**FINDING** There being a finding/verdict of [XX] GUILTY, defendant has been convicted as charged of the offense(s) of:

21 USC 841(a)(1): Possession with Intent to Distribute Cocaine (Counts 2 and 4);
18 USC 924(c)(1), 924(d)(1): Use of Firearm in Drug Trafficking Offense, Forfeiture (Counts 3 and 5);
18 USC 922(g)(1); 18 USC 924(d)(1): Possession of Firearm in and Affecting Commerce after Conviction of Crime Punishable by Term of Imprisonment Exceeding One Year, Forfeiture (Counts 6 and 7). (1st superseding redacted indictment).

**JUDGMENT AND PROB./COMMITMENT ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of: mandatory life without the possibility of release on counts 2 and 4. Said sentencing imposed on counts 2 and 4 shall be concurrent on each count.

As to counts 6 and 7, the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 years, concurrently on each count, and shall be concurrent with counts 2 and 4.

As to counts 3 and 5, the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 5 years and 20 years respectively. Said sentence shall be consecutive to each other and consecutive to the sentence imposed on counts 2, 4, 6 and 7.

Pursuant to Section 5E1.2(f) of the Guidelines, all fines are waived, including the costs of imprisonment and supervision.

In view of the mandatory life sentence imposed on counts 2 and 4 which preclude release, no order for supervised release is imposed on counts 3, 5, 6 and 7.

In the interest of justice, the Government moves to dismiss the underlying indictment. IT IS SO ORDERED.

I hereby attest and certify on 09-23-91

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

[ ] This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed By: [XX] U.S. District Judge  /s/ William J. Rea
WILLIAM J. REA

[ ] U.S. Magistrate

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

LEONARD A. BROSNAN, CLERK

Dated/Filed 09-23-91

By _____ Deputy Clerk